Fil'd 7/29/03

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 02-10410-PBS |
| ) | |
| JUSTIN FARINATO ) | |
| ) | |
| Defendant ) | |

## INITIAL STATUS CONFERENCE REPORT

The United States of America and the defendant, Justin Farinato, hereby submit this Initial Status Conference Report pursuant to Local Rule 116.5(A)(1)-(7).

**LOCAL RULE 116.5(A)(1).**

The parties agree there is no reason to grant relief from the otherwise applicable timing requirements imposed by L.R. 116.3.

**LOCAL RULE 116.5(A)(2).**

If the parties are unable to reach a stipulation regarding the drugs seized in this case, the government plans to offer expert testimony regarding those drugs. If it should be necessary for the government to call one or more experts with respect to these matters, the defendant will be promptly notified when those prospective expert witnesses are identified. The government will provide discovery as required by Fed. R. Crim. P. 16(a)(1)(E) no later than 30 days before trial. The defendant will provide reciprocal discovery of any defense experts no later

than 15 days before trial.

**LOCAL RULE 116.5(A)(2).**

At this time, the government does not anticipate providing any additional discovery as a result of future receipt of information, documents, or reports of examinations or tests.

**LOCAL RULE 116.5(A)(4).**

Setting either a discovery or dispositive motion date at this time is not necessary.

**LOCAL RULE 116.5(A)(5).**

The parties agree that the following time periods are subject to excludable delay:

| | |
|---|---|
| 2/11/02: | Defendant arraigned |
| 2/11/03-3/11/03: | Excluded by order of the Court (February 11, 2003) |
| 3/12/03-3/24/03: | **Twelve days counted** |
| 3/25/03-4/22/03: | Excluded by order of the Court (March 20, 2003) |
| 4/22/03-5/27/03: | Excluded by order of the Court (May 5, 2003) |
| 5/27/03-7/29/03: | Excluded by order of the Court (June 4, 2003 Order) |

**LOCAL RULE 116.5(A)(6).**

At this writing, defense counsel is engaged in reviewing discovery, and the parties cannot say yet whether a trial is

anticipated.

**LOCAL RULE 116.5(A)(7).**

The parties request that the Court schedule a final status conference in approximately thirty days, at the convenience of the Court. The parties further request that the time until that status conference be excluded in the interests of justice so as to allow defense counsel to review discovery and allow the parties to discuss the possibility of a resolution of the case short of trial.

|  |  |
|---|---|
| JUSTIN FARINATO | Respectfully submitted,<br><br>MICHAEL J. SULLIVAN<br>United States Attorney |
| By: _____<br>FRANK SANCHEZ, ESQ. | By: _____<br>RACHEL E. HERSHFANG<br>Assistant U.S. Attorney |

Dated: July 29, 2003

3