

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

September 2, 2003

Frank Sanchez, Esq.
400 Western Avenue
Lynn, MA 01904

    Re:  <u>United States v. Justin Farinato</u>
         No. 02-10410-PBS

Dear Mr. Sanchez:

    I received, today, your discovery motion. It violates a number of the applicable Local Rules. Local Rules 116.3(A)-(C) set out the procedure for initial discovery requests to be addressed by the parties, by letter, and not by motion. Local Rule 116.3(E) mandates that, "except in an emergency," a discovery motion shall not be filed until there has been a letter exchange, and a written declination to provide discovery. Local Rule 116.3(D) requires that a defendant participating in automatic discovery (as Mr. Farinato is) "must not request information expressly required to be produced under L.R. 116.1." Finally, Local Rule 116.3(F) mandates that the parties confer to narrow the issues before any motion is filed.

    I would be glad to discuss your discovery requests with you. Given the violations noted above, I will not respond to your motion.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                            United States Attorney

              By: _____
                           RACHEL E. HERSHFANG
                           Assistant U.S. Attorney

cc: Ms. Ellen Hayes, Clerk to Hon.
    ~~Lawrence P.~~ Cohen