UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 02-10410-PBS

UNITED STATES OF AMERICA

v.

JUSTIN FARINATO

## DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE

The defendant, Justin Farinato, hereby moves this Honorable Court to depart downward from the applicable United States Sentencing Guideline range based on the defendant's aberrant behavior in committing this offense, pursuant to §5K2.20 of the United States Sentencing Guidelines (2001 ed.). As reasons therefore, the commentary to §5K2.20 states that "'[a]berrant Behavior' means a single criminal occurrence or single criminal transaction that (A) was committed without significant planning; (B) was of limited duration; and (C) represents a marked deviation by the defendant from an otherwise law-abiding life." As stated in detail in the presentence report, in the defendant's objections to the presentence report, and in the attached memorandum of law, the instant offense represents a marked deviation by the defendant from an otherwise law-abiding life. Accordingly, defendant respectfully requests that the Court depart downward from the applicable Guideline range.

RESPECTFULLY SUBMITTED,
BY THE DEFENDANT
JUSTIN FARINATO
BY HIS ATTORNEY

FRANK J. SANCHEZ
274 Union Street
Lynn, MA 01901
TEL. 781-581-9680
FAX. 781-598-8740

February 9, 2004